THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dwayne Lamont Frederick, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2007-UP-285
 Submitted June 1, 2007  Filed June 7,
 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Warren Blair Giese,
 Fifth Circuit Solicitors Office, all of Columbia, for Respondents.
 
 
 

PER CURIAM:  Frederick appeals his
 guilty plea to first-degree burglary and first-degree criminal sexual conduct. 
 He was sentenced to concurrent terms of twenty-three years in prison.  Frederick maintains the trial court erred in accepting appellants guilty plea without
 ordering a mental examination.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Fredericks appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 KITTREDGE, J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.